SEALED

FILED
MAR 26 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LINDA J. MILLER,<br><br>            Defendant. | CASE NO. 2:15-CR-0066 KJM<br><br>[~~PROPOSED~~] ORDER TO SEAL<br><br>**(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JARED C. DOLAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 3/26/2015

_____
~~The Honorable Kendall J. Newman~~
UNITED STATES MAGISTRATE JUDGE

Carolyn K. Delaney
U.S. Magistrate Judge

[PROPOSED] ORDER TO SEAL INDICTMENT                1