HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-066 KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ADD PRE-TRIAL RELEASE CONDITION |
| v. | Judge: HON. CAROLYN K. DELANEY |
| LINDA MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Linda Miller, through their respective attorneys, that the release conditions imposed on Ms. Miller on April 9, 2015, may be modified as set forth below.

Accordingly, the parties and Pretrial Services Officer, Michael Evans, agree to the following condition:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

/ / /

/ / /

| | |
|---|---|
| DATED: April 10, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Noa E. Oren<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for LINDA MILLER |
| DATED: April 10, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Jared Dolan<br>JARED DOLAN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **O R D E R**

The following release condition is added:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: April 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE