| | |
|---|---|
| HEATHER E. WILLIAMS, #122664 | |
| Federal Defender | |
| NOA E. OREN, #297100 | |
| Assistant Federal Defender | |
| 801 I Street, 3rd Floor | |
| Sacramento, CA 95814 | |
| Telephone: (916) 498-5700 | |

Attorneys for Defendant
LINDA MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-0066 KJM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE PURSUANT TO 18 U.S.C. § 3145(a) |
| v. | |
| LINDA MILLER, | Judge:   Hon. Carolyn Delaney |
| Defendant. | |

The Court ordered Linda Miller released on April 9, 2015 with nine special conditions of release.  Special condition 5 states: "Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer[.]"

At this time the parties, with the full agreement of pretrial services officer Taifa Gaskins, are requesting that special condition 5 be modified as follows: "Your travel is restricted to the Central and Eastern District of California unless otherwise approved in advance by the pretrial services officer[.]"

All other conditions are to remain the same.

///

///

///

///

///

///

-1-

DATED:  December 11, 2015   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Noa Oren
NOA OREN
Assistant Federal Defender
Attorney for LINDA J. MILLER

DATED:  December 11, 2015   BENJAMIN WAGNER
United States Attorney

/s/ Jared Dolan
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Ms. Linda Miller's release are hereby modified pursuant to 18 U.S.C. § 3145(a). Special condition 5 will read: "Your travel is restricted to the Central and Eastern District of California unless otherwise approved in advance by the pretrial services officer[.]"

IT IS SO ORDERED.

Dated:  December 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE