HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 15-cr-066 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| LINDA MILLER, | ) ) | Date: January 22, 2016 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Linda J. Miller, that the status conference scheduled for January 22, 2016 be vacated and continued to February 5, 2016 at 9:00 a.m.

The reasons for the continuance are for defense preparation. The parties request additional time for a potential resolution of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 5, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: January 19, 2016         Respectfully submitted,

4                                  HEATHER E. WILLIAMS
5                                  Federal Defender

6                                  /s/ Noa Oren
                                   NOA OREN
7                                  Assistant Federal Defender
                                   Attorney for LINDA J. MILLER
8
9  DATED: January 19, 2016         BENJAMIN WAGNER
                                   United States Attorney
10
                                   /s/ Jared Dolan
11                                 JARED DOLAN
                                   Assistant U.S. Attorney
12                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 5, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 22, 2016 status conference shall be continued until February 5, 2016, at 9:00 a.m.

Dated:  January 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge