HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 15-cr-066 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING |
| v. | ) Date: July 8, 2016 |
| LINDA MILLER, | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Linda J. Miller, that the restitution hearing scheduled for July 8, 2016 be vacated and continued to August 5, 2016 at 9:00 a.m.

DATED: July 1, 2016                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Noa Oren
                                        NOA OREN
                                        Assistant Federal Defender
                                        Attorney for LINDA J. MILLER

| | |
|---|---|
| 1  DATED: July 1, 2016 | PHILLIP A. TALBERT |
| 2 | Acting United States Attorney |

DATED: July 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Jared Dolan
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is ordered that the July 8, 2016 restitution hearing shall be continued until August 5, 2016, at 9:00 a.m.

Dated: July 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge