HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorney for Defendant
LINDA MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-066 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE RESTITUTION HEARING |
| v. | ) ) | Date: August 5, 2016 |
| LINDA MILLER, | ) ) | Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Jared Dolan, Assistant United States Attorney, attorney for Plaintiff, and Noa Oren, through Assistant Federal Defender, Noa E. Oren, attorney for Linda J. Miller, that the restitution hearing scheduled for August 5, 2016 be vacated.

Ms. Miller has completed Form 866.  (*See Exhibit A*- Filed Under Seal).  In Form 866, she agreed to pay the IRS $86,742.25, which includes her taxes and penalties for the actions adjudged in this criminal case.  This was the restitution contemplated by the parties in the plea agreement.  (Dckt. 41 Sec. II.B).  The parties agree that no other restitution order is appropriate. The parties respectfully request the restitution hearing be removed from calendar and no restitution be ordered in this case.

DATED: August 1, 2016                            Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

|   |   |
|---|---|
|   | /s/ Noa Oren |
|   | NOA OREN |
|   | Assistant Federal Defender |
|   | Attorney for LINDA J. MILLER |
| DATED:  August 1, 2016 | PHILLIP TALBERT |
|   | Acting United States Attorney |
|   | /s/ Jared Dolan |
|   | JARED DOLAN |
|   | Assistant U.S. Attorney |
|   | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds Ms. Miller has completed Form 866 and has agreed to pay the IRS $86,742.25.  The Court removes the restitution hearing from the calendar.  No restitution is ordered in this case.

Dated:  August 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge