UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>LINDA MILLER,<br>        Defendant. | No. 2:15-CR-0066-GEB<br><br>**ORDER** |

On August 1, 2016, the defendant filed a request to seal Exhibit A of the Stipulation and Proposed Order that vacated the restitution hearing previously scheduled for August 5, 2016. Exhibit A is defendant's Tax Form 866, and her "Agreement as to Final Determination of Tax Liability."  The motion to seal Exhibit A is granted.

Dated:  August 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1